# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER ANN CLARK, ANGELA STEVENS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No. 09-0694-CG-B ) |
| OFFICER JOHN MILLER, OFFICER ALAN CARPENTER, VICENT HERTZ, MOBILE COUNTY, | ) ) ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the verdict of the jury entered herein, and in accordance with the court's Memorandum and Opinion and Order entered on February 25, 2011 (Doc. 52), it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGEMENT** is hereby entered in favor of defendants, Officer John Miller, Officer Alan Carpenter, Vincent Hertz and Mobile County, and against plaintiffs, Jennifer Ann Clark and Angela Stevens. Therefore, the plaintiffs' claims against said defendant are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiffs.

**DONE and ORDERED** this 17th day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE